D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff,
ASHLEY NGUYEN

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MINH TUONG NGUYEN,<br><br>Debtor. | Case No. 8:26-bk-10347-SC<br><br>Chapter 7<br><br>Adv. No. 8:26-ap-01055-SC |
| ASHLEY NGUYEN, aka ASHLEY AHN THU NGUYEN,<br><br>Plaintiff,<br>v.<br><br>MINH TUONG NGUYEN,<br><br>Defendant. | NOTICE OF WITHDRAWAL OF DOCKET NO. 17 - NOTICE OF MOTION AND MOTION TO EXTEND DEADLINE TO FILE FIRST AMENDED COMPLAINT<br><br>[MOTION – DOCKET NO. 17] |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, DEFENDANT, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT Plaintiff, Ashley Nguyen, hereby withdraws the *Motion to Extend the Court-Ordered Deadline to File a First Amended Complaint*, filed on August 10, 2026, as Docket No. 17 ("Motion"), as a First Amended Complaint was filed as Docket No. 16.

DATED: September 25, 2026

MARSHACK HAYS WOOD LLP

By: */s/ Tinho Mang*
D. EDWARD HAYS
TINHO MANG
Attorneys for Plaintiff
ASHLEY NGUYEN

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF WITHDRAWAL OF DOCKET NO. 17 - NOTICE OF MOTION AND MOTION TO EXTEND DEADLINE TO FILE FIRST AMENDED COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 25, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **CHAPTER 7 TRUSTEE: Jeffrey I Golden (TR)** lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com
- **ATTORNEYS FOR DEFENDANT (LIMITED SCOPE):** Heidi H.L. Griffith heidi@directionslaw.com
- **INTERESTED PARTY: D Edward Hays** ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **ATTORNEYS FOR PLAINTIFF: Tinho Mang** tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com
- **U.S. TRUSTEE: United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**: On **September 25, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEFENDANT**
MINH TUONG NGUYEN
840 CHATEAU CT
GARDEN GROVE, CA 92841

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 25, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY – VIA PERSONAL DELIVERY**
**HONORABLE SCOTT C. CLARKSON**
SANTA ANA DIVISION
U.S. BANKRUPTCY COURT
RONALD REAGAN FEDERAL BUILDING
411 W. FOURTH STREET, STE 5130/ CTRM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 25, 2026 | Chanel Mendoza | */s/ Chanel Mendoza* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |