<table>
<tr><td>Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>TINHO MANG, #322146<br>tmang@marshackhays.com<br><br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Tel: (949) 333-7777<br>Fax: (949) 333-7778<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff, Ashley Nguyen</td><td>FOR COURT USE ONLY</td></tr>
<tr><td colspan="2">UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION</td></tr>
<tr><td>In re:<br><br>MINH TUONG NGUYEN,<br><br>Debtor(s).</td><td>CASE NO.: 8:26-bk-10347-SC<br><br>ADVERSARY NO.: 8:26-ap-01055-SC<br><br>CHAPTER: 7</td></tr>
<tr><td>ASHLEY NGUYEN, aka ASHLEY AHN THU NGUYEN,<br><br>Plaintiff(s).<br><br>vs.<br><br>MINH TUONG NGUYEN,<br><br>Defendant(s).</td><td>JOINT STATUS REPORT<br>[LBR 7016-1(a)(2)]<br><br>DATE: 10/13/2026<br>TIME: 1:30 pm<br>COURTROOM: 5C<br>ADDRESS: United States Bankruptcy Court<br>411 W. Fourth Street<br>Santa Ana, CA 92701</td></tr>
</table>

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes ☐ No
2. Have all parties filed and served answers to the Claims Documents? ☐ Yes ☒ No
3. Have all motions addressed to the Claims Documents been resolved? ☐ Yes ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1? ☐ Yes ☒ No

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (*or on attached page*):
Plaintiff's first amended complaint was filed on August 10, 2026 by Plaintiff's prior counsel Stephen R. Wade, but apparently was not served on Defendant or Defendant's counsel (according to the certificate of electronic filing). Service has now been re-performed by Plaintiff's new counsel.

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

| Plaintiff | Defendant |
|---|---|
| 6 months after filing of an answer. | September 2027 |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| Plaintiff | Defendant |
|---|---|
| No answer has been filed by Defendant to the first amended complaint. If no answer is filed, Plaintiff will seek default judgment. | The pleadings are not yet settled: the FAC was only recently served on September 25, 2026 by mail which Defendant has not received. Response is not yet due. |

3. When do you expect to complete your discovery efforts?

| Plaintiff | Defendant |
|---|---|
| Within 6 months of filing of an answer. | September 2027 |

4. What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
|---|---|
| Deposition of debtor and potential third-party discovery. | Written discovery and document production; depositions of Plaintiff and third-party witnesses; and expert discovery as warranted. |

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?

| Plaintiff | Defendant |
|---|---|
| 1 day | Approximately three to five court days |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| Plaintiff | Defendant |
|---|---|
| unknown at this time | Approximately five to eight |

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| unknown at this time. | To be determined. |

## D. PRETRIAL CONFERENCE:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (*date*) 06/01/2027 | (*date*) 08/31/2027 |

## E. SETTLEMENT:

1. What is the status of settlement efforts?
   none so far.

2. Has this dispute been formally mediated? ☐ Yes ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No |

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

Plaintiff

☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

Defendant

☐ I do consent
☒ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintifff's comments:

No additional comments.

Defendants' comments:
Defendant respectfully submits the following. The First Amended Complaint was only recently served by Plaintiff's new counsel; Defendant's deadline to respond has not yet run, and Defendant intends to respond by timely motion or answer. Defendant does not concede any basis for default and reserves all rights and defenses, including that this Court lacks constitutional authority to enter a final judgment or order in this proceeding (Stern v. Marshall, 564 U.S. 462 (2011)). Defendant's counsel remains willing to meet and confer and to submit a joint report.

Respectfully submitted,

Date: 09/29/2026

MARSHACK HAYS WOOD LLP
Printed name of law firm

/s/ Tinho Mang
Signature

TINHO MANG
Printed name

Attorney for: Plaintiff, Ashley Nguyen

Date: 09/29/2026

Directions Law
Printed name of law firm

/s/ Heidi Griffith
Signature

Heidi Griffith
Printed name

Attorney for: Defendant Minh Tuong Nguyen

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/30/26, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- CHAPTER 7 TRUSTEE: Jeffrey I Golden (TR) lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com
- ATTORNEYS FOR DEFENDANT (LIMITED SCOPE): Heidi H.L. Griffith heidi@directionslaw.com
- INTERESTED PARTY: D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- ATTORNEYS FOR PLAINTIFF: Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com
- U.S. TRUSTEE: United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 09/30/26, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEFENDANT
MINH TUONG NGUYEN
840 CHATEAU CT
GARDEN GROVE, CA 92841

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 09/30/26, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

JUDGE'S COPY – VIA PERSONAL DELIVERY
HONORABLE SCOTT C. CLARKSON
SANTA ANA DIVISION
U.S. BANKRUPTCY COURT
RONALD REAGAN FEDERAL BUILDING
411 W. FOURTH STREET, STE 5130/ CTRM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/30/26 | Chanel Mendoza | /s/ Chanel Mendoza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |